UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

|  |  |
|---|---|
| KENNETH-FRANKLIN CROTZ III, | Case No. 1:25-cv-00681-BLW |
| Plaintiff, | **MEMORANDUM DECISION AND ORDER** |
| v. | |
| JOHNSON MARK LLC and/or CAPITAL ONE, N.A. and its agents, assigns, and representatives, | |
| Defendants | |

## INTRODUCTION

Before the Court is pro se Plaintiff Kenneth-Franklin Crotz III's request for an in-chambers conference. *See* Dkt. 8. Crotz seeks this conference "for the purpose of clarification regarding the present posture of this matter." *Id.* at 1. The Court will deny the request for an in-chambers conference and will instead explain the procedural posture of this case in this written Order.

## DISCUSSION

Plaintiff's "Bill in Equity" has been construed as a civil complaint, and this case was opened as a standard civil action. *See* Dkts. 1, 2. Although the complaint has been filed, the docket does not reflect that any defendant has been served with process.

MEMORANDUM DECISION AND ORDER - 1

Under Federal Rule of Civil Procedure 4(m), a plaintiff must serve each defendant within 90 days after the complaint is filed. More than 90 days have now elapsed, and Plaintiff has not filed proof of service as to any defendant. Accordingly, this action is subject to dismissal without prejudice.

The Court further notes that, in addition to his request for an in-chambers conference, Plaintiff has filed correspondence, including the filings at Dkts. 5, 6, and 7, which appear to seek or anticipate some form of relief from the Court. However, no defendant has been served or appeared in this action. Absent proper service of process, the Court cannot require any response from defendants, nor will it grant substantive relief against them.

Plaintiff is proceeding pro se and is responsible for complying with the Federal Rules of Civil Procedure and the Local Rules of this Court. This includes obtaining summons from the Clerk and effectuating proper service under Rule 4. The Court does not serve defendants on behalf of litigants and will not take action to prosecute this case for Plaintiff. In light of Plaintiff's pro se status, the Court will provide a final opportunity to comply with Rule 4. As set forth below, Plaintiff will be afforded 21 days within which to effect service.

## ORDER

**IT IS ORDERED that:**

1. Plaintiff's request for an in-chambers conference to explain the

MEMORANDUM DECISION AND ORDER - 2

procedural posture of this case (Dkt. 8) is **DENIED.**

2. Plaintiff shall have **21 days from the date of this Order** to effectuate service of process on all Defendants and to file proof of service with the Court.

3. If Plaintiff fails to comply with this Order, this action will be **dismissed without prejudice without further notice** pursuant to Federal Rule of Civil Procedure 4(m).

DATED: May 4, 2026

B. Lynn Winmill
U.S. District Court Judge